# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 2:18-cv-08354-RGK | Date | April 16, 2019 |
|---|---|---|---|
| Title | In Re Nicholas Andrew Colachis | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Sharon L. Williams | Not Reported | NA |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required (1) Statement of Issues; (2) Designation of Record; and (3) Notice of Transcripts. The Bankruptcy Court filed the Appeal Deficiency Notice on October 16, 2018.

Appellant is hereby Ordered to Show Cause no later than **April 29, 2019**, why the appeal should not be dismissed for failure to comply with Federal Rules of Bankruptcy Procedures 8003 and 8009.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer slw