# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IN RE NICHOLAS ANDREW COLACHIS,

Case No. 2:18-cv-08354-RGK

ORDER DISMISSING ACTION FOR
LACK OF PROSECUTION

On April 16, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC), due to Debtor's failure to comply with Federal Rules of Bankruptcy Procedures 8003 and 8009 in connection with the bankruptcy appeal, despite being served with a Notice of Bankruptcy Appeal Document Discrepancy on September 27, 2018. Debtor timely filed a response to the OSC. After a review of the response, the Court does not find good cause for the lack of prosecution and orders the matter dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 17, 2019

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE